HARDING PARK HOMES Co., INC., Appellant, v. EAGLE INDEMNITY COMPANY, Respondent, Impleaded with Others.

*Appeal — motion for leave to withdraw appeal granted.*

Reported below, 218 App. Div. 778.

(Submitted January 9, 1928; decided January 17, 1928.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 5, 1926, which reversed in part an order of Special Term denying a motion to open a default and set aside a judgment.

The motion was made for the purpose of simplifying proceedings in the court below.

*Nathan D. Shapiro* for motion.

*Frank J. O' Neil* opposed.

Motion denied unless within ten days appellant pays all costs of appeal to this court and ten dollars costs of motion, in which case it is granted.